No. 572. LEFKOWITZ ET UX. *v.* TOMLINSON, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *E. David Rosen* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Burton Berkley* for respondent.

No. 574. JULIUS GARFINCKEL & Co., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Wallace S. Jones, Richard R. Dailey* and *John A. Corry* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, I. Henry Kutz* and *Gilbert E. Andrews* for respondent.

No. 576. RUSSO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Julius Lucius Echeles* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 581. LOCKLIN ET AL., DOING BUSINESS AS RADIANT COLOR CO. *v.* SWITZER BROTHERS, INC., ET AL. C. A. 7th Cir. Certiorari denied. *Carl Hoppe* for petitioners. *Benjamin H. Sherman* and *Anthony R. Chiara* for respondents.

No. 582. PURDY Co. *v.* ARGENTINA ET AL. C. A. 7th Cir. Certiorari denied. *Ralph O. Clare* for petitioner. *George C. Pendleton* for respondents.

No. 583. B & W, INC. *v.* SWOFFORD ET AL. C. A. 5th Cir. Certiorari denied. *Lewis E. Lyon, James H. Mitchell, Jr.,* and *Tom Arnold* for petitioner. *Jack W. Hayden* for respondents.